# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | ED CV 18-2298 FMO (KKx) | Date | February 7, 2019 |
|---|---|---|---|
| Title | Hoang Le v. Furst Enterprises Group A, LLC | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

By order dated January 22, 2019, plaintiff was ordered to show cause, on or before January 29, 2019, why Furst Enterprises Group A, LLC ("Furst Enterprises" or "defendant") should not be dismissed for lack of prosecution. (See Dkt. 9, Court's Order of January 22, 2019). The OSC noted that "[a]bsent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). Generally, a defendant must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a). The court may dismiss the action prior to the 90 days, however, if plaintiff(s) has/have not diligently prosecuted the action." (Dkt. 9, Court's Order of January 22, 2019). The OSC directed plaintiff to show cause why defendant should not be dismissed for lack of prosecution. (See id.). It stated that the OSC would stand submitted upon the filing of plaintiff's response, a proof of service of summons and complaint on Furst Enterprises, or an answer by Furst Enterprises. (See id.). As of the date of this Order, plaintiff has not responded to the OSC or filed proof of service, nor has defendant entered an appearance. (See, generally, Dkt.).

The court will provide plaintiff one final opportunity to serve and file proofs of service. Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file a proof of service reflecting valid service of process on Furst Enterprises Group A, LLC no later than **February 13, 2019**.

2. Plaintiff is advised that failure to file a proof of service reflecting service of process on defendant by the deadline set forth above shall result in the action being dismissed for failure to serve, prosecute, and/or comply with a court order. See Fed. R. Civ. P. 4(m) & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Initials of Preparer     vdr